UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REBECCA SHEEHAN-PLOTKIN,

    Plaintiff,

v.                                                  Case No.: 2:19-cv-897-JLB-MRM

TRI-CITY ELECTRICAL
CONTRACTORS, INC.,

    Defendant.
_____/

## ORDER

The parties have filed a Joint Stipulation For Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 22.) The Stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Pursuant to the parties' joint stipulation, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE,** each party to bear their own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on October 2, 2020.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE